# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1945
_____

DONOLD LARRONE ROBINSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

July 2, 2026

PER CURIAM.

AFFIRMED.

BILBREY, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William Kent of Kent & McFarland, Jacksonville, for Appellant.

James Uthmeier, Attorney General, and Thomas H. Duffy, Assistant Attorney General, Tallahassee, for Appellee.